# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CASE NO.: 0:21-cv-01155-PJS-DTS

_____

JEFREY HELLEVIK,                                    Judge Patrick J. Schlitz
       Plaintiff,                                Magistrate Judge David T. Schultz

      vs.

LENDING POINT, LLC
TRANS UNION, LLC

_____

### JOINT NOTICE OF SETTLEMENT BETWEEN
### PLAINTIFF AND DEFENDANT LENDING POINT, LLC

_____

Plaintiff Jeffrey Hellevik ("Plaintiff"), by counsel, and Defendant Lending Point, LLC ("Lending Point"), by counsel, hereby inform this Court that Plaintiff and Lending Point have reached a settlement as to all matters raised by Plaintiff against Lending Point in this action. Plaintiff and Lending Point will timely file a Stipulation of Dismissal With Prejudice.

Respectfully submitted,

Date:  July 8th, 2021            /s/ Kathleen M. Wagner
                                        Kathleen Wagner, Esq.
                                        Law Offices Of Robert S. Gitmeid & Associates, PLLC
                                        204 Sibley Street, Suite 207
                                        Hastings, MN  55033
                                        E-Mail: Kathleen.w@gitmeidlaw.com
                                        *Counsel for Plaintiff*

Date:  July 8th, 2021            /s/  Patrick D. Newman
                                        Patrick D. Newman, #395864
                                        100 South 5th Street, Suite 1500
                                        Minneapolis, MN 55402-1254
                                        Telephone: (612) 333-3000
                                        patrick.newman@bassford.com
                                        *Counsel for Defendant Lending Point, LLC*

117549129v1